IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 107 |
| | ) |
| JAMES SHEPPARD, | ) |
| | ) |
| | ) |
| Defendant. | ) |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 25, 2006, in the State and District of Delaware, JAMES SHEPPARD, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a sawed off 12 gauge Remington shot gun model 870, serial number V193073M, after having been convicted on or about March 10, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT TWO

On or about July 25, 2006, in the State and District of Delaware, JAMES SHEPPARD, defendant herein, did knowingly possess, a shotgun having a barrel of less than 18 inches in length, that is, a sawed off 12 gauge Remington shotgun model 870, serial number V193073M, and this shotgun was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) & 5871.



FILED

SEP 1 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a 12 gauge Remington shot gun model 870, serial number V193073M, and (2) 9 shot gun shells.

A TRUE BILL:

___
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: September 14, 2006