IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-107 |
| | ) | |
| JAMES SHEPPARD | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, James Sheppard as a result of the Indictment returned against him on September 14, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: September 14, 2006

**AND NOW**, this ____ day of __September__, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of James Sheppard.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
SEP 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE