IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JAMES SHEPPARD<br>    Defendant. | §<br>§<br>§  CRIMINAL ACTION NO. 06-107-SLR<br>§<br>§<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
    WARDEN OF GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY,
    WILMINGTON, DELAWARE

GREETINGS:

    We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **JAMES SHEPPARD** who is now detained and imprisoned in the GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY and who is a defendant in the above-entitled cause, in which cause the said **JAMES SHEPPARD** was charged with a violation of 18 U.S.C. SECTION 922(g)(1). The defendant is scheduled for an **INITIAL APPEARANCE on THURSDAY, OCTOBER 5, 2006** at **1:00 PM** and to be remain in the custody of the U.S. Marshal's Service until the conclusion of the charges. And have you then and there this writ.

    To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, United States Magistrate Judge of the District Court of the United States for the District of Delaware, this 21ST day of September 2006.

                                        PETER T. DALLEO, CLERK

                            By: _Evette Watson_
                                        Deputy Clerk