IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-107-SLR |
| ) | |
| JAMES SHEPPARD, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this *16th* day of January, 2007, having considered plaintiff's motion for a scheduling conference;

IT IS ORDERED that:

1. Said motion (D.I. 13) is **granted**. A telephone conference is scheduled for **Friday, January 26, 2007 at 10:00 a.m.**, with the court initiating said call.

2. The time between this order and the **January 26, 2007** teleconference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge