IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 06-107-~~KAJ~~ SLR |
| ) | |
| JAMES SHEPPARD, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts II of the Indictment pursuant to the Memorandum of Plea Agreement dated February 8, 2007.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: May 23, 2007

SO ORDERED this ___23d___ day of ___May___, 2007.

_____
HONORABLE SUE L. ROBINSON
Chief United States District Court